IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–02789–PAB–KMT

JUANETTA LAWRENCE,

    Plaintiff,

v.

DENVER PUBLIC SCHOOLS,
DENVER BOARD OF EDUCATION, and
ONE OR MORE JOHN DOES,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 18, filed January 4, 2012) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2).  (*See* Doc. No. 15.)  The Clerk of Court is directed to file Plaintiff's Amended Complaint (Doc. No. 18-1).

Dated: January 5, 2012