### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| **Civil Action No.** 11-cv-02789-PAB-KMT | FTR - Courtroom C-201 |
| **Date:** July 2, 2012 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| JUANETTA LAWRENCE, | Anne Thomas Sulton |
|      Plaintiff, | |
| v. | |
| SCHOOL DISTRICT NO. 1, IN THE CITY AND COUNTY OF DENVER, a/k/a DENVER PUBLIC SCHOOLS, BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1, IN THE CITY AND COUNTY OF DENVER, a/k/a DENVER BOARD OF EDUCATION, and ONE OR MORE JOHN DOES, | Matt Ratterman |
|      Defendants. | |

### COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**
**Court in session: 1:28 p.m.**
Court calls case.  Appearances of counsel. Plaintiff Juanetta Lawrence present with counsel.

Motion Hearing is called regarding Defendant's Motion for Protective Order [Doc. No. 51, filed May 15, 2012].

Oral argument from defendant.
Oral argument from plaintiff.

It is **ORDERED**:    Defendant's Motion for Protective Order [51] is **GRANTED**. The depositions of Mr. Tom Boasberg and Ms. Mary Seawell will not be taken at this time and the information sought by plaintiff can be obtained through other sources.

**Court in Recess: 2:19 p.m.**
Hearing concluded.

Total In-Court Time    00:51

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.