**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02789-PAB-KMT

JUANETTA LAWRENCE,

    Plaintiff,

v.

SCHOOL DISTRICT NO. 1, IN THE CITY AND COUNTY OF DENVER, a/k/a Denver Public Schools, and
BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1, IN THE CITY AND COUNTY OF DENVER, a/k/a Denver Board of Education,

    Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 118] of Judge Philip A. Brimmer entered on April 18, 2013 it is

**ORDERED** that Defendants' Motion for Summary Judgment [Docket No. 71] is GRANTED.  It is

**FURTHER ORDERED** that final judgment is entered in favor of the Defendants and against the Plaintiff, who recovers nothing, and this case is dismissed in its entirety. It is

**FURTHER ORDERED** that the Defendant are **AWARDED** costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 22nd day of April, 2013.

        FOR THE COURT:
        JEFFREY P. COLWELL, CLERK

        By: s/Edward P. Butler

        Edward P. Butler
        Deputy Clerk